Shaun Setareh (SBN 204514)
        shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
        scott@setarehlaw.com
**SETAREH LAW GROUP**
315 S. Beverly Dr., Suite 315
Beverly Hills, California 90212
Telephone:     (310) 888-7771
Facsimile:      (310) 888-0109

Attorneys for Plaintiff KATHARINE L. WHITE


## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| KATHARINE L. WHITE, on behalf of herself, all others similarly situated,<br><br>   *Plaintiff,*<br><br> vs.<br><br>AMN HEALTHCARE, INC., a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>   *Defendants.* | Case No.: 3:18-cv-06469-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DISMISSAL OF ENTIRE ACTION** |

TO THE COURT, TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

The Court has received and reviewed Plaintiff's Application pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss the entire action, including the Declaration attached thereto. GOOD CAUSE APPEARING, IT IS OREDERED THAT:

1. All claims asserted by Plaintiff against Defendant, in her individual capacity, are dismissed *with* prejudice; and,

2. All class claims alleged on behalf of the putative class are dismissed *without* prejudice.

The Court finds that, because no class has been certified in this action, approval of this dismissal is not additionally required pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. *See*, Fed. R. Civ. P. 23(e).

IT IS SO ORDERED.

Dated: _January 2, 2019_____

_____
Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE